| | |
|---|---|
| 1   THOMAS E. FRANKOVICH (State Bar #074414)<br>      JESSICA A. DAYTON (State Bar No. 231698)<br>2   THOMAS E. FRANKOVICH<br>      *A PROFESSIONAL LAW CORPORATION*<br>3   2806 Van Ness Avenue<br>      San Francisco, CA 94109<br>4   Telephone:   415/674-8600<br>      Facsimile:     415/674-9900 | **E-filed 9/20/05** |

Attorneys for Plaintiffs
JAREK MOLSKI
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>TORO PETROLEUM; PDP INVESTMENTS, INC., a California corporation; PETE PEREZ, JR., an individual; and TORO PETROLEUM CORP., a California corporation, dba GONZALES UNOCAL 76,<br><br>        Defendants. | **CASE NO. C 04-1941 RS**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

        The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement"), each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2  through their designated counsel that the above-captioned action be and hereby is dismissed
3  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  DATED: May 17, 2005          THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*

                                By: _____/s/_____
                                    Jessica A. Dayton
                                Attorneys for Plaintiffs JAREK MOLSKI
                                and DISABILITY RIGHTS ENFORCEMENT,
                                EDUCATION SERVICES: HELPING YOU HELP
                                OTHERS

13 DATED: May 17, 2005          PORTER, SCOTT, WEIBERG & DELEHANT

                                By: _____/s/_____
                                    Jennifer E. Duggan
                                Attorneys for Defendant TORO PETROLEUM
                                CORP.

18 DATED: May 17, 2005          DE VRIES LAW GROUP

                                By: _____/s/_____
                                    Daniel J. DeVries
                                Attorneys for PDP INVESTMENTS, INC.

IT IS SO ORDERED 9/20/05

                    Jeremy Fogel/s/electronic signature authorized
                         United States District Court

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                    -2-